```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :  20-CR-00078-AT-6
     -against-                      :
                                    :  ORDER
Price Tunstall                      :
                                    :
Defendant                           :
                                    :
------------------------------------X
```

Analisa Torres, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to remove the sole condition of GPS at this time, to a location monitoring technology at the discretion of Pretrial Services.

Dated: New York, New York
June 8 , 2020

SO ORDERED:

*[signature]*

ANALISA TORRES
United States District Judge