```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2020
```

**EPSTEIN SACKS PLLC**
ATTORNEYS AT LAW
100 LAFAYETTE STREET
SUITE 502
NEW YORK, N.Y. 10013
(212) 684-1230

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

December 21, 2020

Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Filed by ECF

*United States v. Price Tunstall*
20 Cr. 78 (AT)

Dear Judge Torres:

    We represent the defendant Price Tunstall pursuant to the Criminal Justice Act. We write to respectfully request a modification to Mr. Tunstall's current bail conditions as set forth in this letter. Currently, Mr. Tunstall is being monitored electronically while on home detention. As per pretrial services, Mr. Tunstall has been in complete compliance with his bail conditions and he has recently completed an online Occupational Safety and Health Administration ("OSHA") course. He hopes that the OSHA certification will help him find gainful employment so that he can support himself and his family. Pretrial services suggests that Mr. Tunstall's bail conditions be modified so that he be placed on a curfew instead of home confinement. Pretrial services further requests that it be allowed to set the curfew. We have discussed this modification with the Government, and they have no objection to this request.

Respectfully submitted,

*Sarah M. Sacks*

GRANTED.

SO ORDERED.

Dated: December 22, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge